AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

ZHAI LAN JIANG,

        Plaintiff

V.

HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation,

        Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CV 07- 0035

FILED
Clerk
District Court
NOV 16 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

I, _____Zhai Lan Jiang_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      Salary: $3.55 per hour/35-40 hours per week paid bi-weekly (less taxes). Monthly equivalent = $538 - $615 (less taxes).
      Employer: Free Town Market, San Antonio, Saipan, CNMI

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   FAMILY CAR: 2002 Toyota Corolla CE 4-door sedan, approx. Blue Book value = $6,160.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Amena Zhai Mahmud, daughter (3 years old), $250 per month
   Xin Shu Min, mother, $100.00 per month

I declare under penalty of perjury that the above information is true and correct.

November 16, 2007                                    Zhai Lan Jiang
_____                    _____
        Date                                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.