AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

NOV 16 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

ZHAI LAN JIANG,

Plaintiff

V.

HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation,

Defendant

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER: CV 07- 0035

Having considered the application of Plaintiff to proceed without prepayment of fees tinder 28 USC § 1915;

IT IS ORDERED that the application is:

☑ GRANTED.

　☑ The clerk is directed to file the complaint.

　☐ IT IS FURTHER ORDERED that file clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiffs. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED this _16TH_ day of ___November___, _2007_

_____
Signature of Judicial Officer

___Alex R. Munson, Chief Judge___
Name and Title of Judicial Officer

**RECEIVED**

NOV 16 2007

Clerk
District Court
The Northern Mariana Islands