# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

ZHAI LAN JIANG,

Plaintiff,

V.

HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation,

Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV 07- **0035**

TO: (Name and address of Defendant)

HAN NAM CORPORATION
PMB 385, P.O. Box 10,001
Saipan, Mariana Islands 96950

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark B. Hanson, Esq.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
(670) 233-8600
(670) 233-5262 (facsimile)

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

(By) DEPUTY CLERK

DATE   NOV 1 6 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 11/21/07   8:30 a.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RAINALDO S. AGULTO | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PERSONALLY UPON KIM YANG (REGISTERED AGENT) AT HAN NAM MARKET IN KOBLERVILLE, SAIPAN.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 25.00 | $ 25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/07
             *Date*

*Signature of Server*

P.O. BOX 5340 CHRB SAIPAN MP 96950
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.