STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone:       (670) 234-6891
Facsimile:        (670) 234-6893

Attorney for Defendant Han Nam Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>    Plaintiff,<br><br>    -v-<br><br>HAN NAM CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. CV-07-0035<br><br>ANSWER TO COMPLAINT AND<br>DEMAND FOR JURY TRIAL |

COMES NOW, defendant Han Nam Corporation, a lawful corporation organized and existing under the laws of the Northern Mariana Islands, (hereinafter "Han Nam") by and through its attorney, Stephen J. Nutting, to answer Plaintiff's complaint as follows:

1.    Han Nam admits the allegations contained in Paragraph 1.

2.    Han Nam admits the allegations contained in Paragraph 2.

3.    Han Nam admits the allegations contained in Paragraph 3.

4.    Han Nam admits that venue is proper in this Court and that plaintiff was employed by Han Nam on Saipan Commonwealth of the Northern Mariana Islands. All other allegations contained in Paragraph 4 are denied.

-1-

5.  In answer to Paragraph 5, it is admitted that plaintiff is a citizen of the People's Republic of China.  Han Nam is without sufficient information to either affirm or deny the remaining allegations contained therein and therefore denies same.

6.  The allegations contained in Paragraph 6 are admitted.

7.  The allegations contained in Paragraph 7 are admitted.

8.  The allegations contained in Paragraph 8 are admitted.

9.  The allegations contained in Paragraph 9 are admitted.

10. The allegations contained in Paragraph 10 are admitted.

11. The allegations contained in Paragraph 11 are admitted.

12. In answer to Paragraph Number 12 it is admitted that plaintiff became pregnant, Han Nam is without sufficient information to either affirm or deny the dates of her pregnancy and therefore denies same.

13. The allegations contained in Paragraph 13 are denied.

14. The allegations contained in Paragraph 14 are admitted.

15. The allegations contained in Paragraph 15 are denied.

16. The allegations contained in Paragraph 16 are denied.

17. The allegations contained in Paragraph 17 are denied.

18. In answer to Paragraph 18 it is admitted that plaintiff filed a complaint with the EEOC on February 3, 2005 making charges of sexual and racial discrimination.  To the extent that the allegations imply that there was any merit to those charges, Han Nam denies same.

19. The allegations contained in Paragraph 19 are admitted.

20. Han Nam incorporates its answers to the allegations contained in ¶¶ 1-19 of the

complaint as if more fully set forth herein.

21. In answer to paragraph 21, to the extent that the language quoted accurately reflects the statute cited therein, Han Nam admits same.

22. In answer to paragraph 22, to the extent that the language quoted accurately reflects the statute cited therein, Han Nam admits same.

23. In answer to paragraph 23, to the extent that the language quoted accurately reflects the statute cited therein, Han Nam admits same.

24. In answer to paragraph 24, to the extent that the language quoted accurately reflects the statute cited therein, Han Nam admits same.

25. In answer to Paragraph 25, to the extent plaintiff's claims that she is entitled to protections of Title VII as a member of a protected class as a result of Han Nam's conduct, Han Nam denies same.

26. The allegations contained in Paragraph 26 are admitted.

27. The allegations contained in Paragraph 27 are denied.

28. The allegations contained in Paragraph 28 are denied.

29. The allegations contained in Paragraph 29 are denied.

30. The allegations contained in Paragraph 30 are denied..

31. The allegations contained in Paragraph 31 are denied.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's complaint fails to state a cause of action for which a relief can be granted.

2. Plaintiff voluntarily abandoned her employment with Han Nam in breach of her

employment contract.

3.	Neither gender nor ethnicity played any role in the decision not to renew plaintiff's employment contract with Han Nam.

4.	Plaintiff comes seeking equity with unclean hands.

5.	Han Nam at all relevant times acted fairly, reasonably, justly and in good faith with respect to the plaintiff and in all dealings with its employees.

6.	Han Nam reserves the right to raise additional defenses and counterclaims as may arise during the course of these proceedings.

WHEREFORE, defendant Han Nam prays that plaintiff takes nothing under her complaint and that Han Nam recover from plaintiff or her agents, as appropriate, attorneys fees and costs of this defense, and such other relief as is legal, equitable and appropriate.

DATED this _____ day of December, 2007.

_____
STEPHEN J. NUTTING
Attorney for Defendant Han Nam
CNMI Bar No. F0164