STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone:     (670) 234-6891
Facsimile:     (670) 234-6893

Attorney for Defendant Han Nam Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG, | CIVIL ACTION NO. CV-07-0035 |
| Plaintiff, | |
| -v- | MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| HAN NAM CORPORATION, | |
| Defendant. | |

COMES NOW, Stephen J. Nutting, counsel of defendant Han Nam Corporation, to hereby request a continuance of the Case Management Conference set for this matter on December 21, 2007 at 9:00 a.m.. Counsel has previously submitted his off-island notices noting his absence from the Commonwealth beginning December 13, 2007 through December 23, 2007 (Exhibit 1) and on January 4, 2008 through January13, 2008 (Exhibit 2). Counsel therefore requests that the Case Management Conference be continued and set on a date where he is on-island (December 24, 2007 through January 4, 2008) or on a date after January 22, 2008.

DATED this __12 th__ day of December, 2007.

/s/
STEPHEN J. NUTTING
Attorney for Defendant Han Nam
CNMI Bar No. F0164