# STEPHEN J. NUTTING

ATTORNEY AT LAW

OFFICE : 6th Floor, Nauru Building
SUSUPE, SAIPAN
TELEPHONE : (670) 234-6891
FACSIMILE : (670) 234-6893

POST OFFICE BOX 5093
SAIPAN, MARIANA ISLANDS 96950-5093

E-MAIL: snutting@saipan.com

August 20, 2007

TO : All Courts and Counsel

FROM : Stephen J. Nutting

SUBJECT : **Off-Island Notice**

I will be off-island from **December 13, 2007 through December 23, 2007**. I would appreciate your courtesy in not scheduling any matter requiring my personal attention during these dates. Should there be any matter which cannot await my return, please contact Ms. Myrna Santos in this office.

Thank you for your courtesy.

STEPHEN J. NUTTING

EXHIBIT 1

# STEPHEN J. NUTTING

ATTORNEY AT LAW

| | | |
|---|---|---|
| OFFICE : 6th Floor, Nauru Building SUSUPE, SAIPAN<br>TELEPHONE : (670) 234-6891<br>FACSIMILE : (670) 234-6893 | POST OFFICE BOX 5093<br>SAIPAN, MARIANA ISLANDS 96950-5093 | E-MAIL:<br>snutting@saipan.com |

November 28, 2007

TO       :   All Courts and Counsel

FROM     :   Stephen J. Nutting

SUBJECT  :   **Off-Island Notice**

I will be off-island from **January 4, 2008 through January 13, 2008**. I would appreciate your courtesy in not scheduling any matter requiring my personal attention during these dates. Should there be any matter which cannot await my return, please contact Ms. Myrna Santos in this office.

Thank you for your courtesy.

STEPHEN J. NUTTING

RECEIVED

DEC – 4 2007

Clerk
District Court
The Northern Mariana Islands

EXHIBIT 2