MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:        mark@saipanlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG, | CASE NO. CV 07-0035 |
| Plaintiff, | |
| vs. | PLAINTIFF'S NON-OPPOSITION TO MOTION TO CONTINUE |
| HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, hereby files notice with the Court that Plaintiff does not oppose the Motion of Defendant filed December 12, 2007 to continue the Case Management Conference presently schedule for December 21, 2007.  Plaintiff and her counsel are available at any of the dates requested by Defendant in its motion except that the undersigned counsel for Plaintiff will be off-island on January 31, 2008 through February 1, 2008 and from February 6, 2008 through February 17, 2007.

//
//
//
//

1  DATED this 12th day of December, 2007.

2

3 /s/ Mark B. Hanson
_____
4 MARK B. HANSON

5 Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
6 Beach Road, Garapan
Saipan, Mariana Islands 96950
7 Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262
8 E-mail:        mark@saipanlaw.com

9 Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I certify that the following were served with a copy of the foregoing via the Court's electronic case filing system (CM/ECF):

Stephen J. Nutting
Attorney at Law
Sixth Floor, Marianas Business Plaza
P.O. Box 5093
Saipan, Mariana Islands 96950
Phone:     (670) 234-6891
Fax:       (670) 234-6893
E-mail:    snutting@saipan.com

DATED: December 12, 2007      /s/ Mark B. Hanson
                              _____
                              MARK B. HANSON