FILED
Clerk
District Court

DEC 13 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>Plaintiff,<br><br>vs.<br><br>HAN NAM CORPORATION,<br><br>Defendant. | Civil Action No. 07-0035<br><br>Order Rescheduling Case Management<br>Conference |

Mark B. Hanson
Attorney at Law
PMB 738, P.O. Box 1000
Saipan, MP 96950

Stephen J. Nutting
Attorney at Law
P.O. Box 5093
Saipan, MP 96950

Pursuant to the request of counsel for defendant and non-opposition of counsel for plaintiff, the request to continue the Case Management Conference set for December 21, 2007, is GRANTED. The Case Management Conference is rescheduled to Friday, January 4, 2008, at 10:30 a.m.

IT IS SO ORDERED.

DATED this 13th day of December, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)