MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:         mark@saipanlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>   Plaintiff,<br><br>vs.<br><br>HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation,<br><br>   Defendant. | CASE NO. CV 07-0035<br><br>PLAINTIFF'S<br>CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: Friday, January 4, 2008<br>Time: 10:30 a.m.<br>Judge: Hon. Alex R. Munson, Chief Judge |

COMES NOW, Plaintiff ZHAI LAN JIANG, by and through her attorney, pursuant to LR 16.2CJ(e)(2) with her Case Management Conference Statement:

**A. Service of process on parties not yet served**

Defendant has been served and has answered Plaintiff's Verified Complaint. There are no additional parties to be served.

**B. Jurisdiction and Venue**

1. This Court has jurisdiction over Plaintiff's claims pursuant to 42 U.S.C. § 2000e-5 and 42 U.S.C. § 1981a(a)(1).

2. The Court also has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1337(a) (proceedings arising under any Act of Congress regulating commerce).

3. This Court has personal jurisdiction over Defendant as Defendant has filed a general appearance in this matter.

4. Venue is properly placed in this Court as at all times relevant to Plaintiff's claims herein, Plaintiff was employed by Defendant in Saipan, Commonwealth of the Northern Mariana Islands ("CNMI") and the CNMI is the jurisdiction in which the unlawful employment practices of Defendant occurred. *See* 42 U.S.C. § 2000e-5(f)(3).

**C. Track assignment**

Plaintiff agrees with the Court's recommendation of a <u>Standard</u> Track assignment.

REASONS:

There are relatively few issues in this case, no real unsettled issues of law, but the number of fact witnesses and the anticipated scope of discovery suggest more than an expedited track assignment.

**D. Anticipated motions**

1. Motion to Strike Affirmative Defenses;

2. Various Discovery Motions;

3. Motion for Summary Judgment;

4. Motions *In Limine*.

**E. Discovery**

**Anticipated discovery:**

1. Interrogatories to and from Defendant;

2. Requests for production of documents to and from Defendant;

3. Requests for Admissions to and from Defendant;

4. Depositions: Plaintiff tentatively anticipates that she will depose the following individuals and entities:

    a. Han Nam Corporation pursuant to Rule 30(b)(6);
    b. Mr. Park;

      c. Mrs. Park;
      d. Ms. Song;
      e. Other fact witnesses identified by Defendant in its initial disclosures; and
      f. Other fact witnesses identified by Defendant through discovery.

**Limitations on discovery:** None.

## F. Further proceedings

See Section K below.

## G. Special procedures.

No special procedures are anticipated at this time.

## H. Modifications of standard pre-trial procedures.

No modification is requested at this time.

## I. Settlement prospects

There have been no discussions regarding settlement of this case after conclusion of EEOC proceedings; however, Plaintiff remains hopeful that a successful non-trial disposition of this matter can be reached.

## J. Other matters

ISSUES: [very generalized and not intended to limit or define Plaintiff's issues trial].

1. Determination of the actual reason(s) for Defendant's termination/non-renewal of Plaintiff's employment with Defendant.

2. Determination of Plaintiff's compensatory damages.

## K. Setting of dates

| | | |
|---|---|---|
| 1. | Joinder of all parties: | April 18, 2008 |
| 2. | Motions to amend: | April 18, 2008 |
| 3. | Discovery service cut-off: | August 1, 2008 |
| 4. | Status/settlement conference: | August 1, 2008 |
| 5. | Discovery motions cut-off date: | September 12, 2008 |
| 6. | Dispositive motions hearing date: | October 30, 2008 |

| | | |
|---|---|---|
| 7. | Status/settlement conference: | October 31, 2008 |
| 8. | Joint pretrial order: | December 1, 2008 |
| 9. | Final pretrial conference: | December 5, 2008 |
| 10. | Trial: | December 15, 2008 |

DATED this 2nd day of January, 2008.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile: (670) 233-5262
E-mail:    mark@saipanlaw.com

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that the following were served with a copy of the foregoing via the Court's Case Management/Electronic Case Filing system (CM/ECF):

STEPHEN J. NUTTING, ESQ.
Sixth Floor, Marianas Business Plaza
P.O. Box 5093
Saipan, Mariana Islands 96950
Phone:    (670) 234-6891
Fax:       (670) 234-6893
E-mail:    snutting@saipan.com

DATED: January 2, 2008          /s/ Mark B. Hanson
                                MARK B. HANSON