STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone:     (670) 234-6891
Facsimile:     (670) 234-6893

Attorney for Defendant Han Nam Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>             Plaintiff,<br><br>     -v-<br><br>HAN NAM CORPORATION,<br><br>             Defendant. | CIVIL ACTION NO. CV-07-0035<br><br>DEFENDANT'S PRE-DISCOVERY<br>DISCLOSURE STATEMENT |

COMES NOW, Han Nam Corporation, defendant in the above entitled action, pursuant to the Civil Justice Reform Act to make the following pre-discovery disclosure:

1. Name of individuals likely to have discoverable information:

   a. Name:           ZHAI LAN JIANG
      Address:        c/o Mark Hanson
      Telephone No.:  (670) 233-8600

   b. Name:           Mr. Jun Soo Park
      Address:        c/o Stephen J. Nutting
                      P.O. Box 5093
                      Saipan, MP 96950
      Telephone No.:  (670) 234-6891

   c. Name:           Mrs. Kim Yang Park
      Address:        c/o Stephen J. Nutting
                      P.O. Box 5093
                      Saipan, MP 96950
      Telephone No.:  (670) 234-6891

    d.    Name:    Employees of Han Nam Market
        Address:    c/o Han Nam Corporation
                       AAA 385 Caller Box 10001
                       Saipan, MP 96950
        Telephone No.:    (670) 288-3639

The above-listed persons should have information regarding the allegations of sex and race based discrimination.

2. Description of documents in the possession of Defendant:

    a.    Plaintiff's Employment Contract
    b.    Payroll records and copies of wage checks
    c.    List of Employees
    d.    Documents and Correspondence filed by EEOC
    d.    Receipts for medical billings paid to CHC

3. Disclosure of expert testimony: At this time, Defendant does not anticipate the need for any expert testimony. If discovery unveils the need for expert testimony, the Defendant will make the required disclosures to the Court and the Defendant by supplemental filing pursuant to Fed. R. Civ. Pro. 26(e)(1) as soon as possible following the discovery of the need for such testimony.

Defendant through its attorney, Stephen J. Nutting, submits that it has fully complied with the initial disclosures required by the Civil Justice Reform Act plan. If Plaintiff has any questions regarding the information contained herein, or seeks additional information she believes may have been omitted in this disclosure, the Defendant will comply with any request for information in its possession as required by the Civil Justice Reform Act plan.

DATED this 3rd day of January, 2008.

                                /s/
                 STEPHEN J. NUTTING
                 Attorney for Defendant