STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone:     (670) 234-6891
Facsimile:      (670) 234-6893

Attorney for Defendant Han Nam Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>      Plaintiff,<br><br>     -v-<br><br>HAN NAM CORPORATION,<br><br>      Defendant. | CIVIL ACTION NO. CV-07-0035<br><br>DEFENDANT'S CASE MANAGEMENT<br>CONFERENCE STATEMENT |

COMES NOW, Han Nam Corporation, defendant in the above entitled action, by and through its undersigned counsel, to provide the following Case Management Conference Statement:

   a.   All parties have been duly served.

   b.   This Court has jurisdiction over this case pursuant to 42 U.S.C. § 2000e-5 and 42 U.S.C. § 1981a(a)(1) and 28 U.S.C. §1331 (Federal Question Jurisdiction) and 28 U.S.C. §1337(a) (Proceedings arising under any act of Congress regulating commerce) and supplemental jurisdiction over claims for breach of contract raised within the complaint and venue is properly set in this jurisdiction.

-2-

    c.    Defendant anticipates filing motions as follows:

        1.    Motion for summary judgment or partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure;

        2.    Motion to exclude documents related to EEOC investigation, findings and correspondence related to settlement discussions entered therein.

    d.    Defendant does not anticipate any special procedures required.

    e.    No modifications of standard pretrial procedures are necessary.

    f.    Settlement prospects are unknown.

    g.    Defendant recommends that this case be scheduled on an regular track pursuant to LR16.2CJ(c).

DATED this 3rd day of January, 2008.

                                    / s /
                            STEPHEN J. NUTTING
                            Attorney for Defendant