MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:       mark@saipanlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>       Plaintiff,<br><br>vs.<br><br>HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation,<br><br>       Defendant. | CASE NO. CV 07-0035<br><br>FIRST REQUEST FOR ADMISSIONS FROM DEFENDANT |

**TO:  HAN NAM CORPORATION,
and its attorney of record, STEPHEN J. NUTTING**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, PLAINTIFF hereby requests admissions of the following statements of fact and genuineness of documents. Please produce YOUR written responses to this Request and YOUR particularly stated written objection to a request, if any, to Mark B. Hanson, Attorney at Law, located at the Second Floor, Macaranas Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, within thirty (30) days after service of this Request on you.

**DEFINITIONS**

For the purposes of this Request for Admissions, unless otherwise indicated, the following definitions shall be applicable:

1. "YOU," "YOURSELF" "YOURS" or "YOUR" means HAN NAM CORPORATION, its subsidiaries, divisions or affiliates, and its partnerships and joint ventures.

2. "PLAINTIFF" means ZHAI LAN JIANG.

3. "or" means and/or.  "and" means and/or.  "each" means each and every.

4. "EMPLOYEE(S)" as used herein refers to any PERSON currently EMPLOYED by YOU, hereafter employed by YOU, or formerly employed by YOU.  Unless otherwise specified herein, the term includes, but is not limited to:  officers, directors, managers, agents, accountants, independent contractors, skilled and unskilled laborers, resident and NONRESIDENT WORKERS.

5. "EMPLOYMENT" or "EMPLOYED" or "EMPLOY" as used herein refers to the use or engagement by YOU of services or labor of any kind, regardless of the amount and/or manner of compensation for such services or labor, and regardless of the classification of such services or labor as independently contracted or otherwise.

## INSTRUCTIONS

1. <u>DUTY TO INVESTIGATE</u>:  In responding to this Request for Admissions, YOU must make reasonable investigation of the facts and circumstances relating to the statements of facts and genuineness of documents YOU are asked to admit.  YOU cannot give lack of information or knowledge as a reason for failure to admit or deny unless YOU state that YOU have made a reasonable inquiry and that the information known or readily obtainable by YOU is insufficient to enable YOU to admit or deny the requested admission.

2. <u>DENIALS</u>:  Pursuant to Fed. R. Civ. P. 36(a), a denial shall fairly meet the substance of the requested admission, and when good faith requires that YOU qualify an answer or deny only a part of the matter of which an admission is requested, YOU shall specify so much of it as is true and qualify or deny the remainder.

3. <u>DUTY TO OBJECT OR EXPLAIN</u>: If YOU are unable to admit or specifically deny the statements of fact or genuineness of documents stated in this Request for Admissions, pursuant to Fed. R. Civ. P. 36(a) YOU must either object to the specific request, if objection is warranted, or YOU must explain why YOU are unable to admit or deny the requested admission. If an objection is made, the reasons therefore shall be stated. If YOU cannot admit, deny or object to a requested admission, YOU must set forth in detail the reasons why YOU cannot truthfully admit or deny the matter. If YOU consider that a matter of which an admission is requested herein presents a genuine issue for trial, YOU may not, on that ground alone, object to the requested admission.

4. <u>EFFECT OF FAILURE TO ADMIT</u>: Pursuant to Fed. R. Civ. P. 37(c)(2), if YOU fail to admit the truth of any matter and/or the genuineness of any document requested herein, and if PLAINTIFF thereafter proves the truth of the matter(s) and/or the genuineness of the document(s) YOU failed to admit, PLAINTIFF will apply to the court for an order requiring YOU to pay reasonable expenses incurred in making that proof, including reasonable attorney's fees. The court shall award such reasonable expenses, including reasonable attorney's fees, unless it finds that (A) the request was held objectionable pursuant to Rule 26(c), or (B) the admission sought was of no substantial importance, or (C) YOU had reasonable grounds to believe that YOU might prevail on the matter, or (D) there was other good reason for the failure to admit.

## FIRST REQUEST FOR ADMISSIONS

1. Please admit that YOU had more than 14 and fewer than 101 EMPLOYEES in each of 20 or more calendar weeks in 2006.

2. Please admit that YOU had more than 14 and fewer than 101 EMPLOYEES in each of 20 or more calendar weeks in 2007.

3. Please admit that YOU, through YOUR managers, supervisors and/or other employees or agents, became aware in April or May 2004 that PLAINTIFF was pregnant.

1   4. Please admit that YOU told PLAINTIFF not to return to work after December 8, 2004.

3   DATED this 25th day of January, 2008.

/s/ Mark B. Hanson
_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone: (670) 233-8600
E-mail:   mark@saipanlaw.com

Attorney for Plaintiff ZHAI LAN JIANG

CERTIFICATE OF SERVICE

I certify that the following were served with a copy of the foregoing via the Court's electronic case filing system (CM/ECF):

Stephen J. Nutting
Attorney at Law
Sixth Floor, Marianas Business Plaza
P.O. Box 5093
Saipan, Mariana Islands 96950
Phone:      (670) 234-6891
Fax:        (670) 234-6893
E-mail:     snutting@saipan.com

DATED: January 25, 2008          /s/ Mark B. Hanson
                                 MARK B. HANSON