FILED
Clerk
District Court

MAR -4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  STEPHEN J. NUTTING, ESQ.
   Post Office Box 5093
2  Saipan, MP 96950
   Telephone: (670) 234-6891
3  Facsimile: (670) 234-6893

4  Attorney for Defendant Han Nam Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| ZHAI LAN JIANG, | CIVIL ACTION NO. CV-07-0035 |
|---|---|
| Plaintiff, | |
| -v- | DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS |
| HAN NAM CORPORATION, | |
| Defendant. | |

COMES NOW the defendant Han Nam Corporation to respond to Plaintiff's First Request for Admissions as follows:

1. Please admit that YOU had more than 14 and fewer than 101 EMPLOYEES in each of 20 or more calendar weeks in 2006.

    Response: Admitted

2. Please admit that YOU had more than 14 and fewer than 101 EMPLOYEES in each of 20 or more calendar weeks in 2007.

    Response: Admitted

3. Please admit that YOU, through YOUR managers, supervisor and/or other employees or agents, became aware in April or May 2004 that PLAINTIFF was pregnant.

    Response: Denied

-1-

4. Please admit that YOU told PLAINTIFF not to return to work after December 8, 2004.

Response: Denied

Dated this __29th__ day of February, 2008.

The objections herein are the objections of the undersigned attorney and this validation of the objections is adopted for each request herein.

/s/
----------------------------------------
Stephen J. Nutting
Attorney for Defendant

I swear that the answers given herein to the request for admission are true to the best of my knowledge and belief.

/s/
----------------------------------------
Paek, Hyun Ho
Manager, Hannam Market

-2-