F I L E D
Clerk
District Court

MAR - 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  STEPHEN J. NUTTING, ESQ.
   Post Office Box 5093
2  Saipan, MP 96950
   Telephone:      (670) 234-6891
3  Facsimile:      (670) 234-6893

4  Attorney for Defendant Han Nam Corporation

5              IN THE UNITED STATES DISTRICT COURT
                          FOR THE
6                NORTHERN MARIANA ISLANDS
7

8  ZHAI LAN JIANG,                          CIVIL ACTION NO. CV-07-0035
9
                    Plaintiff,
10                                           DEFENDANT'S RESPONSE TO PLAINTIFF'S
11         -v-                               FIRST SET OF INTERROGATORIES

12 HAN NAM CORPORATION,
13
                    Defendant.
14

15
16         COMES NOW the defendant Han Nam Corporation to respond to Plaintiff's First Set of
17 Interrogatories as follows:
18
19 **INTERROGATORY NUMBER 1**:    Please   state   the   total   number of EMPLOYEES
20
21 EMPLOYED by YOU on the following dates:

22         a)      December 8, 2004;
23         b)      November 16, 2007; and
           c)      The date of YOUR response to these Interrogatories.
24
25 **Response:**

26         a)      Approximately 22 see exhibit 1.
           b)      Approximately 20 see exhibit 2.
27         c)      Approximately 20 see exhibit 3.
28

**INTERROGATORY NUMBER 2:**    Please IDENTIFY all PERSONS, regardless of job title or category, who have become pregnant while EMPLOYED by YOU.

**Response:**

1)    Carol Lizama
      Tun Saldon Road, San Antonio
      Saipan, MP 96950

      Tel:    235-0950

2)    Mary Ann Mercado
      Address Unknown
      Last Known Tel: 235-8570

3)    Zhai Lan Jiang
      Address and Telephone # Unknown

**INTERROGATORY NUMBER 3:**    Please IDENTIFY all PERSONS IDENTIFIED by YOU in response to Interrogatory Number 2 who are no longer EMPLOYED by YOU and state: (a)the date of their separation from EMPLOYMENT; (b) the reason(s) for their separation from EMPLOYMENT; and (c) the current whereabouts of all such PERSONS.

**Response:**

1)    Carol Lizama remains employed by Han Nam

2)    Mary Ann Mercado transferred to another employer.  She remains on Saipan and can be reached at the above listed number.

3)    Zhai Lan Jiang abandoned her employment on December, 2004.  The reason for the abandonment of her employment is unknown.  Her present whereabouts are unknown.

**INTERROGATORY NUMBER 4:** Please DESCRIBE IN DETAIL all of the ACCOMMODATIONS YOU made for any PERSON IDENTIFIED in Interrogatory Number 2 above which ACCOMMODATIONS, if any, were made by YOU when the PERSON was pregnant while EMPLOYED by you.

**Response:** Pregnant employee were given light duty tasks which did not involve lifting or strenuous physical activity. They were allowed to rest as necessary and given leave when they did not feel well enough to come to work.

**INTERROGATORY NUMBER 5:** Please DESCRIBE IN DETAIL all of the ACCOMMODATIONS YOU made for PLAINTIFF when she became pregnant while EMPLOYED by YOU.

**Response:** Plaintiff was given light duty tasks which did not involve lifting or strenuous physical activity. She was allowed to rest as necessary and given leave when she did not feel well enough to come to work.

**INTERROGATORY NUMBER 6:** Please DESCRIBE IN DETAIL why YOU contend that PLAINTIFF did not adequately perform her job with YOU as she alleged in ¶ 27 of her Complaint filed on November 16, 2007.

**Response:** After being notified that her contact would not be renewed, Plaintiff abandoned her employment, did not return to work, and failed to complete her contract with plaintiff.

**INTERROGATORY NUMBER 7:**    To the extent not included in YOUR Response above, please STATE ANY AND ALL FACTS that support YOUR contention that PLAINTIFF did not adequately perform her job with YOU as she alleged in ¶ 27 of her Complaint filed on November 16, 2007.

**Response:** See Answer to Interrogatory No. 6.

**INTERROGATORY NUMBER 8:**    Please state ANY AND ALL FACTS that led to YOUR decision not to renew PLAINTIFF'S EMPLOYMENT with YOU on January 3, 2005.

**Response:**  Han Nam operates a large market/department store on the southern end of Saipan. The market has been in operation since 1996. Sometime in 2001, Han Nam decided to expand its retail operations to include clothing and other garments. Ms. Jiang was hired to work in the Garment Section and was retained to make alterations and repairs to garments that were sold from the premises. Because the apparel division was not profitable, Han Nam decided to discontinue this line of operation in 2004.  At that time, there were two employees working in the apparel department, they were both promptly notified of this decision.  One of the employees transferred to a new employer, and the second was Ms. Jiang.  Because of her pregnancy, Han Nam offered to extend her contract temporarily to allow her to find work. Rather than accept this proposal, Ms. Jiang chose to abandon her employment and to pursue a claim for discrimination with the EEOC.

**INTERROGATORY NUMBER 9:**    Please IDENTIFY all EMPLOYEES EMPLOYED by YOU after December 28, 2004 that were not EMPLOYED by YOU on or before

December 8, 2004 and provided: (a) the date of hire of each such person EMPLOYED, (b) the nationality of each such person EMPLOYED, and (c) a job description of the actual job or jobs performed for each such person while EMPLOYED by YOU.

**Response:** Objection request is overly broad, vague and burdensome. Notwithstanding this objection please see the list of employees attached as Exhibit 4 which lists the employees their job category and citizenship and the approximate date of hire.

**INTERROGATORY NUMBER 10:**   Please DESCRIBE IN DETAIL all of the various job duties and responsibilities of PLAINTIFF while EMPLOYED by YOU.

**Response:** Plaintiff initially was hired to work in the garment section of the Han Nam Market. She performed fittings and alterations of the garments. She sometimes worked as a sales clerk and cashier and after the garment section was closed she assisted in restocking, acted as a cashier and performed general clean up.

**INTERROGATORY NUMBER 11:**    Please state ANY AND ALL FACTS that support YOUR first affirmative defense that PLAINTIFF's claims, or any of them, fail to state a claim upon which relief can be granted as alleged in YOUR Answer to PLAINTIFF's Complaint filed on December 5, 2007.

**Response:** Plaintiff's complaint fails to allege any facts or incidents which support a showing of any discriminatory animus on the basis of sex or race as alleged.

**INTERROGATORY NUMBER 12:**    Please state ANY AND ALL FACTS that support YOUR second affirmative defense that PLAINTIFF "voluntarily abandoned her employment with Han Nam in breach of her employment contract" as alleged in YOUR Answer to PLAINTIFF's Complaint filed on December 5, 2007.

   **Response:** After being notified of Han Nam's intent to close the garment section of its operations, and the decision not to renew her contract, plaintiff voluntarily abandoned her employment and did not return to work at Han Nam in breach of her employment contract.

**INTERROGATORY NUMBER 13:**    Please state ANY AND ALL FACTS that support YOUR third affirmative defense that "neither gender nor ethnicity played any role in the decision not to renew plaintiff's employment contract with Han Nam" as alleged in YOUR Answer to PLAINTIFF's Complaint filed on December 5, 2007.

   **Response:**   Ms. Jiang was hired to work in the Garment Section and was retained to make alterations and repairs to garments that were sold from the premises. Because the apparel division was not profitable, Han Nam decided to discontinue this line of operation in 2004. The decision not to renew her contract was based solely on a reasonable business decision to terminate an unsuccessful branch of the business operations.  Issues related to plaintiff's pregnancy, gender, race or other discriminatory animus took no part in Han Nam's decision not to renew plaintiff's employment contract.  Han Nam had other employees who became pregnant and remained employees of Han Nam.  Likewise, Han Nam employed other individuals of Chinese citizenship and ancestry and plaintiffs original complaint to the EEOC and then to the United States District Court is without factual foundation.

-6-

**INTERROGATORY NUMBER 14**:     Please state ANY AND ALL FACTS that support YOUR fourth affirmative defense that PLAINTIFF has unclean hands as alleged in YOUR Answer to PLAINTIFF'S Complaint filed on December 5, 2007.

  **Response**: Plaintiff made false accusations to the Equal Employment Opportunity Commission relative to her allegations of gender and race based discrimination.  Plaintiff claimed that she was the only person of Chinese ethnicity who was employed by Han Nam, which was a statement which plaintiff knew to be false at the time she made it.  Plaintiff has no valid claim of discrimination against Han Nam, but seeks to use such claims to extort money from Han Nam.


**INTERROGATORY NUMBER 15**:     Please state ANY AND ALL FACTS that support YOUR fifth affirmative defense that "Han Nam at all relevant times acted fairly, reasonably, justly and in good faith with respect to the plaintiff and in all dealings with its employees" as alleged in YOUR Answer to PLAINTIFF's Complaint filed on December 5, 2007.

  **Response**: See Answer to Interrogatory No. 8.


**INTERROGATORY NUMBER 16:**  Please state  ANY  AND  ALL FACTS and other "discoverable information" that YOU believe is within the knowledge of Mr. Jun Soo Park (an individual identified in YOUR Rule 26(a)(1) disclosures) that is in any way RELATED TO this LAWSUIT and/or PLAINTIFF's claims herein.

  **Response**: Objection.  Interrogatory is overly vague.  Without waiving the objection, defendants incorporate the answer to Interrogatory 8 and 13.

**INTERROGATORY NUMBER 17:**  Please state ANY AND ALL FACTS and other "discoverable information" that YOU believe is within the knowledge of Mrs. Kim Yang Park (an individual identified in YOUR Rule 26(a)(1) disclosures) that is in any way RELATED TO this LAWSUIT and/or PLAINTIFF's claims herein.

    **Response:** Objection.  Interrogatory is overly vague.  Without waiving the objection, defendants incorporate the answer to Interrogatory 8 and 13.


**INTERROGATORY NUMBER 18:**  Please IDENTIFY any and all "Employees of Han Nam Market" (as identified in YOUR Rule 26(a)(1) disclosures) that have discoverable information that is in any way RELATED TO this LAWSUIT and/or PLAINTIFF's claims herein.

    **Response:** Objection, without interviewing each and every employee of Han Nam Market employed during the period plaintiff's employment it is impossible to determine whether they have discoverable information or not.  Without waiving this objection, plaintiff incorporates exhibit 1 in this response.


**INTERROGATORY NUMBER 19:**  For each PERSON IDENTIFIED by YOU in response to Interrogatory Number 18, please state ANY AND ALL FACTS and other "discoverable information" that YOU believe is within the knowledge of each such PERSON that is in any way RELATED TO this LAWSUIT and/or PLAINTIFF's claims herein.

    **Response:** Objection.  Interrogatory is overly vague, ambiguous and unduly burdensome.  Defendant is not obligated to interview or take statements from all of its employees to determine what knowledge they may have which might be "iin any way RELATED TO this LAWSUIT

and/or PLAINTIFF'S claims. Notwithstanding this objection defendant incorporates its answers as set forth in the responses to interrogatories no.s 4, 5, 6, 8, 10, 12, and 13.

**INTERROGATORY NUMBER 20:**   Please DESCRIBE IN DETAIL the relationship between YOU and Vienna Corporation.

    **Response:** Han Nam Corporation are independent corporations but which have some common shareholders and directors. See the annual reports attached as Exhibits 5 and 6.

**INTERROGATORY NUMBER 21:**   Please IDENTIFY the PERSON that translated for Mrs. Park during her December 8, 2004 discussion with PLAINTIFF wherein PLAINTIFF was told that she was not being renewed.

    **Response:**   At the present time the name of the translator is unknown. Defendant believes that she is presently residing in China.

    Dated this ___29th___ day of February, 2008.

    The objections herein are the objections of the undersigned attorney and this validation of the objections is adopted for each Interrogatory herein.

                                _____/s/_____
                                Stephen J. Nutting
                                Attorney for Defendant

1        I swear that the answers given herein to the interrogatories are true to the best of my

2    knowledge and belief.

3

4

5                                                /s/

6                                     Paek, Hyun Ho
                                 Manager, Han Nam Market

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# HAN NAM CORPORATION
### LIST OF EMPLOYEE'S FOR DECEMBER  2004

| Name of Employee's | Categories | Citizenship |
|---|---|---|
| 1.  Palacios,  Vincent | Assistant Manager | US CNMI |
| 2.  Lizama, Carol | Cashier | Filipino(Non-Alien IR) |
| 3.  Ahamed,  Robayed | Store Clerk | Bangladesh(Non-Alien IR) |
| 4.  Zaman, Kamruz | Store Clerk | Bangladesh(Non-Alien IR) |
| 5.  Soriano, Servillana | Commercial Cleaner | Filipino |
| 6.  Baliton, Myrna | Cashier | Filipino |
| 7.  Alcaide, Gil | Building Maintenance Repairer | Filipino |
| 8.  Cho, Myung Hee | Manager | Korean |
| 9.  Kim, Yang | Business Permit IR | Korean |
| 10. Limoico, Jeffry | Butcher | Filipino |
| 11. Gascon, Julieta | Commercial Cleaner | Filipino |
| 12. San Nicolas, Frances | Cashier | US CNMI |
| 13. Lee, Kwoan Hyung | Sales Manager | Korean |
| 14. Jiang, Zhai Lan | Dress Maker | Chinese |
| 15. Notario, Nelly | Sales Person | Filipino |
| 16. Delima, Nestor | Meat Cutter | Filipino |
| 17. Keller, Gayson Max | Store Clerk | US CNMI |
| 18. Abigania, Lester | Store Clerk | US CNMI |
| 19. Cui, Hai Jin | Commercial Cleaner | Chinese |
| 20. Piao, Shizhu | Supervisor Sales | Chinese |
| 21. Lactao, Eric | Sales Representative | Filipino |
| 22. Sundiam, Pee Jay | Commercial Cleaner | Filipino |

EXHIBIT 1

# HAN NAM CORPORATION
### LIST OF EMPLOYEE'S AS OF NOVEMBER 16, 2007

| Name of Employee's | Categories | Citizenship |
|---|---|---|
| 1. Palacios, Vincent | Assistant Manager | US CNMI |
| 2. Lizama, Carol | Cashier | Filipino(Non-Alien IR) |
| 3. Ahamed, Robayed | Store Clerk | Bangladesh(Non-Alien IR) |
| 4. Soriano, Servillana | Commercial Cleaner | Filipino |
| 5. Song, Keum Rye | Accountant | Korean |
| 6. Alcaide, Gil | Building Maintenance Repairer | Filipino |
| 7. Jin, Cheng Huan | Sales Supervisor | Chinese |
| 8. Kim, Yang | Business Permit IR | Korean |
| 9. Limoico, Jeffry | Butcher | Filipino |
| 10. Gascon, Julieta | Commercial Cleaner | Filipino |
| 11. San Nicolas, Frances | Cashier | US CNMI |
| 12. Lee, Kwoan Hyung | Sales Manager | Korean |
| 13. Sundiam, Amelita | Commercial Cleaner | Filipino |
| 14. Notario, Nelly | Sales Person | Filipino |
| 15. Santos, Jennifer | Cashier | US CNMI |
| 16. Aldan, Judith | Cashier | US CNMI |
| 17. Abigania, Llyod | Store Clerk | US CNMI |
| 18. Chan, Bryan | Store Clerk | US CNMI |
| 19. Lactao, Eric | Sales Representative | Filipino |
| 20. Sundiam, Pee Jay | Commercial Cleaner | Filipino |

EXHIBIT 2

# HAN NAM CORPORATION
### LIST OF EMPLOYEE'S AS OF JANUARY 31, 2008

| | Name of Employee's | Categories | Citizenship |
|---|---|---|---|
| | | | |
| 1. | Palacios, Vincent | Assistant Manager | US CNMI |
| 2. | Lizama, Carol | Cashier | Filipino(Non-Alien IR) |
| 3. | Ahamed, Robayed | Store Clerk | Bangladesh(Non-Alien IR) |
| 4. | Soriano, Servillana | Commercial Cleaner | Filipino |
| 5. | Song, Keum Rye | Accountant | Korean |
| 6. | Alcaide, Gil | Building Maintenance Repairer | Filipino |
| 7. | Jin, Cheng Huan | Sales Supervisor | Chinese |
| 8. | Kim, Yang | Business Permit IR | Korean |
| 9. | Limoico, Jeffry | Butcher | Filipino |
| 10. | Gascon, Julieta | Commercial Cleaner | Filipino |
| 11. | San Nicolas, Frances | Cashier | US CNMI |
| 12. | Lee, Kwoan Hyung | Sales Manager | Korean |
| 13. | Sundiam, Amelita | Commercial Cleaner | Filipino |
| 14. | Notario, Nelly | Sales Person | Filipino |
| 15. | Koshiba, Lynette | Cashier | US CNMI |
| 16. | Aldan, Judith | Cashier | US CNMI |
| 17. | Abigania, Llyod | Store Clerk | US CNMI |
| 18. | Chan, Bryan | Store Clerk | US CNMI |
| 19. | Lactao, Eric | Sales Representative | Filipino |
| 20. | Suda, Seriko | Store Clerk | US CNMI |

EXHIBIT 3

# HAN NAM CORPORATION
## LIST OF EMPLOYEE'S AS OF 01/05 TO 01/08

*New Hire.*

| | Name of Employee's | Categories | Citizenship | |
|---|---|---|---|---|
| 1. | Song, Keum Rye | Accountant | Korean | Feb 2005 |
| 2. | Jin, Cheng Huan | Sales Supervisor | Chinese | Dec, 2006 |
| 3. | Cabrera, Andrea Dee | Cashier | US CNMI | June, 2005 |
| 4. | Taitano, Michael | Store Clerk | US CNMI | oct, 2005 |
| 5. | Taisacan, Mario | Sore Clerk | US CNMI | Nov, 2005 |
| 6. ✓ | Santos, Jennifer | Cashier | US CNMI | Nov, 2007 |
| 7. | Hocket Jadine | Cashier | US CNMI | Nov. 2006 |
| 8. | Sundiam, Amelita | Commercial Cleaner | Filipino | April, 2005 |
| 9. | Park, Gyu Ha | General Manager | Korean | June 2006 |
| 10. | Koshiba, Lynette | Cashier | US CNMI | Dec, 2007 |
| 11. | Aldan, Judith | Cashier | US CNMI | June 2006 |
| 12. | Abigania, Llyod | Store Clerk | US CNMI | oct, 2006 |
| 13. | Chan, Bryan | Store Clerk | US CNMI | Sept, 2007 |
| 14. | Aldan, Edith | Cashier | US CNMI | March 2007 |
| 15. ✓ | Suda, Seriko | Store Clerk | US CNMI | Jan, 2008 |

EXHIBIT 4

## ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and Two Copies

**FILING:**    **THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.**
**ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.**

FILE WITH:    REGISTRAR OF CORPORATIONS
Department of Commerce
2nd Floor, Joeten Dandan Building Room 27
Caller Box 10007
Saipan, MP 96950

INITIAL REPORT: _____    REPORT FOR THE YEAR _____



2007 JUN 25 AM 8: 30

CHECK ONE:    ( X X ) Domestic Corporation    (    ) Foreign Corporation

#101919

| Name, Mailing Address & Telephone No. of Corporation: | (Attach map showing location if address is only a P. O. Box) |
|---|---|
| HAN NAM CORPORATION<br>PMB 385 P.O.BOX 10001<br>SAIPAN MP 96950 | Telephone Number:    288-9290 |
| | LOCATION-KOBLERVILLE |

| Name, Mailing Address & Telephone No. of Registered Agent: | (Attach Map showing location if address is only a P. O. Box) |
|---|---|
| KIM,YANG<br>PMB 385 P.O.BOX 10001<br>SAIPAN MP 96950 | Telephone Number:    288-9290 |

LIST OF DIRECTORS:

| Name | Nationality | Address |
|---|---|---|
| PARK,JUN SOO | KOREAN | PMB 385 P.O.BOX 10001 SAIPAN MP 96950 |
| KIM,YOUNG JONG | KOREAN | PMB 385 P.O.BOX 10001 SAIPAN MP 96950 |
| KIM,YANG | KOREAN | PMB 385 P.O.BOX 10001 SAIPAN MP 96950 |

LIST OF OFFICERS:

| Name | Position | Nationality | Address |
|---|---|---|---|
| PARK,JUN SOO | PRESIDENT/TREAS. | KOREAN | SAME AS ABOVE |
| KIM,YOUNG JONG | VICE PRESIDENT | KOREAN | SAME AS ABOVE |
| KIM,YANG | SECRETARY | KOREAN | SAME AS ABOVE |

DESCRIPTION OF BUSINESS ACTIVITIES - List all lines of business:

RETAIL CLOTHING STORE,WHOLESALE GENERAL MERCHANDISE,RETAIL GENERAL
MERCHANDISE,IMPORT/EXPORT(EXCEPT GARMENTS)MANUFACTURE..

STOCK ISSUED AND OUTSTANDING;

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 350 SHARES | COMMON STOCK | $350,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| PARK,JUN SOO | BUSINESS | KOREAN | 250,000SH |
| KIM,YOUNG JONG | STAYING IN KOREA | KOREAN | 50,000 SH |
| KIM,YANG | I.R. | KOREAN | 50,000 SH |

Date: 6/1/07

Signature:

PARK,JUN SOO/PRESIDENT
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

EXHIBIT 5

**FILED**
DEPT. OF COMMERCE

*3:10 p*

SEP 0 4 2007

*Auen are*

Registrar of Corporations
Commonwealth of the
Northern Mariana Islands

## ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and Two Copies

**FILING:**    THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

**FILE WITH:**    REGISTRAR OF CORPORATIONS
Department of Commerce
2nd Floor, Joeten Dandan Building Room 27
Caller Box 10007
Saipan, MP 96950

INITIAL REPORT: _____    REPORT FOR THE YEAR    ~~2006~~
CHECK ONE:    ( X X ) Domestic Corporation    (    ) Foreign Corporation

---

Name, Mailing Address & Telephone No. of Corporation:    (Attach map showing location if address is only a P. O. Box)

VIENNA CORPORATION
PMB 385 P.O.BOX 10001
SAIPAN MP 96950

Telephone Number: 256-8949
LOCATION:GARAPAN

Name, Mailing Address & Telephone No. of Registered Agent:    (Attach Map showing location if address is only a P. O. Box)

PARK,JUN SOO
PMB 385 P.O.BOX 10001
SAIPAN MP 96950

Telephone Number: 288-9290

LIST OF DIRECTORS:

| Name | Nationality | Address |
|------|-------------|---------|
| PARK,JUN SOO | KOREAN | PMB 385 P.O.BOX 10001 SAIPAN MP 96950 |
| KIM,YANG | KOREAN | PMB 385 P.O.BOX 10001 SAIPAN MP 96950 |

LIST OF OFFICERS:

| Name | Position | Nationality | Address |
|------|----------|-------------|---------|
| PARK,JUN SOO | PRESIDENT/TREASURER | KOREAN | SAME AS ABOVE |
| KIM,YANG | VICE-PRESIDENT/SECRETARY | KOREAN | SAME AS ABOVE |

DESCRIPTION OF BUSINESS ACTIVITIES - List all lines of business:

RETAIL GENERAL MERCHANDISE/WHOLESALE GENERAL MERCHANDISE

STOCK ISSUED AND OUTSTANDING;

| Number of Shares | Class of Shares | Amount Paid for Shares |
|------------------|-----------------|------------------------|
| 2,500 SH | COMMON STOCK | US$250,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|----------------------|---------------------|-------------|------------------------|
| PARK,JUN SOO | BUSINESS | KOREAN | 2,000 SH |
| KIM, YANG | I.R. | KOREAN | 500 SH |

Signature:

Date: 09/04/07

PARK,JUN SOO /PRESIDENT
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

EXHIBIT 6