UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

MAR 13 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ZHAI LAN JIANG,

    Plaintiff,

vs.

HAN NAM CORPORATION,

    Defendant.

Civil Action No. 07-0035

<u>Order Rescheduling Status
Conference</u>

Mark B. Hanson
Attorney at Law
PMB 738, P.O. Box 1000
Saipan, MP 96950

Stephen J. Nutting
Attorney at Law
P.O. Box 5093
Saipan, MP 96950

    The Status Conference in this case scheduled for Friday, April 18, 2008, is rescheduled to Tuesday, April 22, 2008, at 9:30 a.m.

    IT IS SO ORDERED.

DATED this 13th day of March, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)