STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone:     (670) 234-6891
Facsimile:      (670) 234-6893

Attorney for Defendant Han Nam Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG, | CIVIL ACTION NO. CV-07-0035 |
| Plaintiff, | |
| -v- | NOTICE OF DEPOSITION WITH SUBPOENA DUCES TECUM |
| HAN NAM CORPORATION, | |
| Defendant. | |

TO:   ZHAI LAN JIANG, plaintiff
       By and through her attorney, Mark B. Hanson
       Second Flr., Macaranas Building
       Beach Road, Garapan
       PMB 738 , P.O. Box 10000
       Saipan, MP 96950

PLEASE TAKE NOTICE that on the 14th day of July, at 9:30 a.m., at the law offices of Stephen J. Nutting located at the 6th Floor of the Marianas Business Plaza, Susupe, Saipan, Northern Mariana Islands, defendant will take the deposition, upon oral examination pursuant to Rule 30 and 69(a) of the Federal Rules of Civil Procedure, of plaintiff, Zhai Lan Jiang.

Pursuant to said Rule, you are hereby notified that the deposition shall be recorded by other than stenographic means, to wit by tape recording. Upon completion of the deposition, the tape

-1-

recording shall be delivered to a secretarial service, which shall transcribe the deposition from the tape recording. The tape recording will be made available to the deponent by the secretarial service in connection with the review and signing of the deposition by the deponent. Upon completion of such review and signing, the tape recording will not be filed with the court, but will be returned to the undersigned for reuse. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Notice is hereby further given that at this deposition, plaintiff, Zhai Lan Jiang, is hereby required to produce all documents and files in her possession which support her claim of race-based and sex-based discrimination as contained in her complaint.

Dated this __14th__ day of June, 2008.

/s/
STEPHEN J. NUTTING
Attorney for Defendant