MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:      (670) 233-5262
E-mail:          mark@saipanlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>          Plaintiff,<br><br>     vs.<br><br>HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation,<br><br>          Defendant. | CASE NO. CV 07-0035<br><br>NOTICE OF RULE 30(b)(6) DEPOSITION OF HAN NAM CORPORATION |

**TO:    HAN NAM CORPORATION,**
         **and its attorney of record, STEPHEN J. NUTTING**

PLEASE TAKE NOTICE that, pursuant to Rules 26, 28 and 30 of the Federal Rules of Civil Procedure, on **Friday, September 5, 2008, at the hour of 1:00 p.m.** at the law office of Mark B. Hanson, Second Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff's attorney will take the deposition of Defendant HAN NAM CORPORATION, PMB 385, P.O. Box 10,001, Saipan, MP 96950 ("HAN NAM"), said deposition to continue from day to day until completed. Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will administer the oath and shall be the officer before whom the deposition is taken as that term is used in Fed. R. Civ. P. 28(a).

Pursuant to Rule 30(b)(6), HAN NAM shall, as known or reasonably available to it, designate and produce for deposition one or more of the HAN NAM's officers, directors, employees, managing agents, consultants, auditors or other persons who consent to testify on HAN NAM's behalf as to the subject matters identified below for the time period from January 2001 to December 2005 (unless otherwise stated):

1. HAN NAM's management structure and decision making processes with regard to human resource decisions;

2. HAN NAM's prior and present employment of workers who became pregnant during their employment with HAN NAM;

3. HAN NAM's staffing and its staff's specific, daily job duties and responsibilities from January 2004 to December 2005;

4. Any disciplinary action taken by HAN NAM, or any of its owners, officers, directors, or employees against Plaintiff for any reason at any time during her employment with HAN NAM, including warning letters, notice of reprimand, suspensions or any other action;

5. The names, contract terms, work schedules, pay rate, duties and responsibilities, present whereabouts, if known, and the discoverable information about this case within the knowledge of each of the following HAN NAM employees:

   a. Mary Ann Mercado;
   b. Mrs. Park's nephew;
   c. Myrna C. Baliton;
   d. Carol Lizama;
   e. Paek Hyun Ho; and
   f. Azuma.

6. All information disclosed in HAN NAM's Initial Disclosures and any supplements thereto up to and including the day of the deposition noticed hereunder including any continuance thereof;

7. All responses of HAN NAM to Plaintiffs' First Interrogatories to HAN NAM dated January 25, 2008 and any supplements thereto up to and including the day of the deposition noticed hereunder including any continuance thereof;

8. All responses of HAN NAM to Plaintiff's First Request for Production of Documents from HAN NAM dated January 25, 2008 and any supplements thereto up to and including the day of the deposition noticed hereunder including any continuance thereof;

9. All responses of HAN NAM to Plaintiff's First Request for Admissions from HAN NAM dated January 25, 2008 and any supplements thereto up to and including the day of the deposition noticed hereunder including any continuance thereof;

10. The terms and conditions of Plaintiff's employment with HAN NAM including but not limited to the hiring of Plaintiff, the preparation and execution of Plaintiff's contract of employment and supporting documents and the renewals thereof, the assignment of her job duties and responsibilities, the scheduling of her hours of work, the payment of her salary, the payment of her medical expenses, the supervising of her job performance, the approval of her leave, the discipline of her work deficiencies, and any and all other aspects of Plaintiff's employment with HAN NAM;

11. Plaintiff's allegations in her Verified Complaint;

12. HAN NAM's Answer to Plaintiff's Verified Complaint and the factual basis for the affirmative defenses contained therein;

13. Communications, either written or oral, by and between Plaintiff and HAN NAM, or any of HAN NAM's owners, officers, agents, or employees, at any time between January 2001 and the present, relating to Plaintiff's claims in her Verified Complaint.

14. HAN NAM's human resource policies and procedures, including sick leave, maternity leave, vacation leave, salaries, work hours and the assignment of job duties and responsibilities of HAN NAM employees from January 2001 to the present.

Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the deposition shall be recorded by video tape and digital voice recorder rather than stenographic means. You are invited to attend and cross-examine.

DATED this 31st day of July, 2008.

/s/ Mark B. Hanson

MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
E-Mail Address:   mark@saipanlaw.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that the following were served with a copy of the foregoing via the Court's electronic case filing system (CM/ECF):

Stephen J. Nutting
Attorney at Law
Sixth Floor, Marianas Business Plaza
P.O. Box 5093
Saipan, Mariana Islands 96950
Phone:      (670) 234-6891
Fax:        (670) 234-6893
E-mail:     snutting@saipan.com

DATED: _July 31, 2008_____        /s/ Mark B. Hanson
                                    _____
                                    MARK B. HANSON