MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738, P.O. Box 10,000
Beach Road, Garapan
Saipan, Mariana Islands 96950
Telephone:  (670) 233-8600
Facsimile:  (670) 233-5262
E-mail:  mark@saipanlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHAI LAN JIANG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HAN NAM CORPORATION, a Commonwealth of the Northern Mariana Islands corporation,<br><br>　　　　　Defendant. | CASE NO. CV 07-0035<br><br>NOTICE OF DEPOSITION OF KIM YANG PARK |

**TO:  HAN NAM CORPORATION,**
　　　**and its attorney of record, STEPHEN J. NUTTING**

PLEASE TAKE NOTICE that, pursuant to Rules 26, 28 and 30 of the Federal Rules of Civil Procedure, on **Friday, September 5, 2008, at the hour of 3:00 p.m.** at the law office of Mark B. Hanson, Second Floor, Macaranas Building, Beach Road, Garapan, Saipan, Commonwealth of the Northern Mariana Islands, Plaintiff's attorney will take the deposition of Mrs. KIM YANG PARK, a managing agent of Defendant Han Nam Corporation, PMB 385, P.O. Box 10,001, Saipan, MP 96950, Saipan, MP 96950, said deposition to continue from day to day until completed.  Such deposition will be taken upon oral examination for the purpose of discovery, or as evidence, or both, pursuant to the Federal Rules of Civil Procedure, before the undersigned who will administer the oath and shall be the officer before whom the deposition is taken as that term is used in Fed. R. Civ. P. 28(a).

1   Pursuant to the provisions of Fed. R. Civ. Pro. 30(b)(2), you are hereby notified that the
2   deposition shall be recorded by video tape and digital voice recorder rather than stenographic means.
3   You are invited to attend and cross-examine.

DATED this 31st day of July, 2008.

/s/ Mark B. Hanson
_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
E-Mail Address:   mark@saipanlaw.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that the following were served with a copy of the foregoing via the Court's electronic case filing system (CM/ECF):

> Stephen J. Nutting
> Attorney at Law
> Sixth Floor, Marianas Business Plaza
> P.O. Box 5093
> Saipan, Mariana Islands 96950
> Phone:     (670) 234-6891
> Fax:       (670) 234-6893
> E-mail:    snutting@saipan.com

DATED: __July 31, 2008__          /s/ Mark B. Hanson
                                  _____
                                       MARK B. HANSON

Page 3 of 3